160 A.3d 714

AMSCOT STRUCTURAL PRODUCTS CORP., PLAINTIFF–
RESPONDENT, v. CRANE-HOGAN STRUCTURAL
SYSTEMS, INC., DEFENDANT-PETITIONER.

February 15, 2017

## CORRECTED ORDER ON PETITION
## FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005015–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.